THE PILLSBURY COMPANY, Plaintiff,

v.

The UNITED STATES, Defendant.

Slip Op. 99–41.
Court Nos. 93–03–00161, 98–12–03190.

United States Court of International Trade.

May 3, 1999.

### ORDER

MUSGRAVE, Judge.

Upon careful consideration of plaintiff's Motion to Consolidate Actions and to Establish a Trial Schedule, defendant's memorandum in opposition thereto, oral argument, and all other papers and proceedings, it is hereby:

**ORDERED** that plaintiff's Motion to Consolidate Actions and to Establish a Trial Schedule be, and hereby is, denied; and it is further

**ORDERED** that the parties shall confer and file, by June 2, 1999, a joint proposed Judgment Order in Court No. 93–03–00161 in accordance with the Slip–Op. 98–109, 18 F.Supp.2d 1034 granting summary judgment to the plaintiff; and it is further

**ORDERED** that if the parties are unable to file a joint proposed Judgment Order, then each party shall file a proposed Judgment Order by June 2, 1999.